UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOHNNY JAMESON,<br>Defendant. | Case No. 19-cr-00642-VC-1 (TSH)<br><br>**DETENTION ORDER** |

On December 3, 2019, defendant Johnny Jameson was charged by indictment with felon in possession of a firearm and ammunition, in violation of Title 18 United States Code Sections 922(g)(1). This matter came before the Court on December 9, 2019, for a detention hearing. The defendant was present and represented by Federal Public Defender Steven Kalar. Assistant United States Attorney Aseem Padukone appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: First, the defendant has several prior felony convictions, including one for the same crime he is now charged with. Second, his probation has been revoked several times, and the alleged current offense happened while he was on supervised release. Third, the bail

report indicates that the defendant fought with the police officers and resisted arrest. These factors together show clear and convincing evidence that the defendant is a danger to the community and that no condition or combination of conditions will reasonably assure the safety of any other person and the community. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: December 16, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge